NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

GPS INDUSTRIES, INC. AND OPTIMAL I.P.
HOLDINGS, L.P.,
*Plaintiffs-Appellants,*

v.

ALTEX CORPORATION, DECA INTERNATIONAL
CORP., GOLFLOGIX, INC., AND L1
TECHNOLOGIES, INC.,
*Defendants-Appellees,*

AND

GPS GOLF PRO, LLC, KARRIER
COMMUNICATIONS, GPS TECHNOLOGIES, INC.,
LINKS POINT, INC., AND TEE2GREEN
TECHNOLOGIES, PTY LTD.,
*Defendants,*

AND

SKYHAWKE TECHNOLOGIES, LLC,
*Defendant-Appellee.*

---

2009-1535

---

Appeal from the United States District Court for the Northern District of Texas in case no. 3:07-CV-0831, Judge Ed Kinkeade.

## ON MOTION

---

Before RADER, *Chief Judge*.

## ORDER

GPS Industries, Inc. and Optimal I.P. Holdings, L.P. (GPS) and Altex Corporation et al. (Altex) each respond to this court's January 4, 2011 order. GPS also moves for GPS Industries, LLC to be substituted for GPS Industries, Inc. Altex opposes. GPS replies. GPS and Altex each move to take judicial notice of various court documents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) GPS's motion for substitution is deferred for consideration by the merits panel assigned to hear the case.

(2) Copies of this order, the parties' responses to this court's January 4, 2011 order, the motion for substitution, the opposition, and the reply shall be transmitted to the merits panel.

(3) GPS and Altex's motions for judicial notice are granted. Copies of the motions shall be transmitted to the merits panel, to inform the panel of the documents that the parties submit to the court.

FOR THE COURT

APR 1 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2011

JAN HORBALY
CLERK

cc: Alfonso Garcia Chan, Esq.
John L. Hendricks, Esq.
Arthur I. Neustadt, Esq.

s19